A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Mar 11, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 24, 2010

FILED
CLERK'S OFFICE

IN RE: SIGG SWITZERLAND (USA), INC., ALUMINUM
BOTTLES MARKETING AND SALES PRACTICES
LITIGATION

Kim Norts, et al. v. SIGG Switzerland (USA), Inc., )
N.D. California, C.A. No. 3:10-336                 )           MDL No. 2137

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 3, 2010, the Panel transferred four civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable John G. Heyburn, II.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Heyburn.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of February 3, 2010, and, with the consent of that court, assigned to the Honorable John G. Heyburn, II.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 11, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED & CERTIFIED
JEFFREY A. APPERSON, CLERK
U.S. DISTRICT COURT
W/D of KENTUCKY

Date: Mar 11, 2010

By: Andrea Kash
       **Deputy Clerk**

United States District Court
Western District of Kentucky
Office of the Clerk
United States Courthouse
601 West Broadway, Room 106
Louisville, Kentucky 40202-2249
(502) 625-3500
Writers Direct Dial: (502) 625-3538
Email Address: andrea_r_kash@kywd.uscourts.gov

Jeffrey A. Apperson
Clerk of Court

Vanessa L. Armstrong
Chief Deputy Clerk

March 11, 2010

Richard W. Wieking, Clerk
Northern District of California
450 Golden Gate Avenue
Phillip Burton U.S. Courthouse
Box 36030
San Francisco, CA 94102-3489

In Re:  MDL No. 2137- *In Re: SIGG Switzerland (USA), Inc., Aluminum Bottles Marketing & Sales Practices Litigation Conditional Transfer Order No. 1*

Dear Clerk of Court:

Attached is a certified copy of CTO 1 from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

**Kim Norts, et al.  v. SIGG Switzerland (USA), Inc., CA. 3:10-336**

Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.

Please file the attached certified copy of the CTO in the affected case, and close the case.

***Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.***

If you have any questions, please call CM/ECF Helpdesk at 1-866-822-8305.

Sincerely,

/s/:Andrea R. Kash

*Andrea R. Kash*
*MDL Case Manager*

Attachment:  Certified Copy of CTO No. 1

cc: Judicial Panel on Multidistrict Litigation